# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| K. SCOTT STOKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 2:24-cv-00153-SCJ |
| THE FRANVILLE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. The parties request that this case be administratively closed, and that the Court permit the parties sixty (60) days to complete the settlement, at which time they shall file to dismiss this case with prejudice.

Dated: January 7, 2025.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
Ehrlich Law Office, LLC
493 Flat Shoals Avenue, S.E.
Atlanta, Georgia 30316
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

/s/M. Tyler Smith
M. Tyler Smith
Georgia Bar No. 661685
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, Georgia 30503
Fax: (770) 531-1481
tsmith@sgwmfirm.com

## CERTIFICATE OF SERVICE

I certify that on January 7, 2025, I filed the within and foregoing Joint Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served upon the following counsel of record via electronic mail:

M. Tyler Smith, Esq.
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, Georgia 30503
tsmith@sgwmfirm.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich