IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| K. SCOTT STOKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 2:24-cv-00153-SCJ |
| THE FRANVILLE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties to this case, having filed a Notice [Doc. 15] informing the Court that they have reached a settlement, but that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**SO ORDERED**, this 8th day of January, 2025.

_____
Hon. Steve C. Jones
United States District Judge